COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 1-6-23

United States of America,

    Plaintiff,

v. *In Re: Rafael Pagan-Pizarro*

    Defendant.

Case No. 23-m-6005-01-KGG

Age: ___

JUDGE: ☐ Birzer ☑ Gale
DEPUTY CLERK: ☐ Anderson ☑ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☐ Sworn

AUSA: Aaron Smith
DEFENSE COUNSEL: Mitch Biebighauser
TAPE NO.: 2:01-2:12

## PROCEEDINGS

☐ Initial Appearance  ☑ Detention Hearing  ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)  ☐ Preliminary Hearing  ☐ Pretrial Conference
☐ Sentencing  ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment  ☐ Reading waived  ☐ Read to Defendant  ☐ Not Guilty Plea Entered

☐ Complaint  ☐ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☑ No. Counts: 1  ☐ Forfeiture
☐ Felony  ☐ Misdemeanor  ☐ Pet. Revoke Bond  *material Witness*
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn  ☐ Examined re: financial status  ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ___  ☐ 20  ☐ 5(c)(3)  ☐ Transfer to: _____
☐ Signed Wvr Ind  ☐ Signed Consent to MJ  ☐ Petition to Plea filed  ☐ Plea Agmt filed  ☐ PSI ordered

☑ Release ordered  ☑ Bond fixed at: $ OR w/ 3rd Party Custodian  ☐ Continued on present bond/conditions
☐ Oral Mot. for temp det.; granted  ☐ Detention ordered  ☐ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is  ☐ granted.  ☐ denied.  ☐ withdrawn.  ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is  ☐ granted.  ☐ denied.
☑ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance:  ☑ as directed before Judge *in charging district*
    ☐ per the Scheduling Order of Judge _____
    ☐ on _____ at _____  ☐ a.m. ☐ p.m. before Judge _____
    In Courtroom _____ or Via ZoomGov _____
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐

NOTES: *Identity hearing was waived by witness*