# U.S. District Court
# DISTRICT OF KANSAS (Wichita)
# CRIMINAL DOCKET FOR CASE #: 6:23−mj−06005−KGG All Defendants

Case title: USA v. Pizarro

Date Filed: 01/09/2023

Other court case number: 21−CR−206 Middle District of Pennsylvania

Assigned to: Magistrate Judge Kenneth G. Gale

**Defendant (1)**

**Rafael Pagan Pizarro**
*on behalf of*
Miguel Eduardo Rosario

represented by **Mitch Erik Biebighauser**
Office of Federal Public Defender − Wichita
850 Epic Center
301 North Main Street
Wichita, KS 67202
316−269−6170
Fax: 316−269−6175
Alternative Phone:
Cell Phone:
Email: mitch_biebighauser@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Number: 26515*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| Removal of arrested material witness to the Middle District of Pennsylvania | |

**Plaintiff**

**USA** represented by **Aaron L. Smith**
Office of United States Attorney − Wichita
301 North Main Street, Suite 1200
Wichita, KS 67202−4812
316−269−6561
Fax: 316−269−6484
Alternative Phone:
Cell Phone:
Email: aaron.smith3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 20447*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 01/06/2023 | | | ARREST (Rule 5(c)(3) Out) of Miguel Eduardo Rosario. (sz) (Entered: 01/09/2023) |
| 01/06/2023 | 1 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: DETENTION HEARING as to Rafael Pagan Pizarro held on 1/6/2023. The Government adopted the recommendations of Pretrial Services for release on conditions. Identity Hearing was waived by witness. Defendant's next appearance as directed before Judge in charging district. (Tape #2:01−2:12) (sz) (Entered: 01/09/2023) |
| 01/06/2023 | 2 | | CJA 23 FINANCIAL AFFIDAVIT by Rafael Pagan Pizarro. (sz) (Entered: 01/09/2023) |
| 01/06/2023 | 3 | | ORDER SETTING CONDITIONS OF RELEASE as to Rafael Pagan Pizarro (1) as a personal recognizance bond. Signed by Magistrate Judge Kenneth G. Gale on 1/6/2023. (sz) (Entered: 01/09/2023) |
| 01/06/2023 | 4 | | BOND POSTED as to Rafael Pagan Pizarro. (sz) (Entered: 01/09/2023) |
| 01/09/2023 | | | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO Middle District of Pennsylvania as to Rafael Pagan Pizarro. (sz) (Entered: 01/09/2023) |

COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 1-6-23

United States of America,

Plaintiff,

v. In Re: Rafael Pagan-Pizarro

Defendant.

Case No. 23-m-6005-01-KGG

Age: ____________

JUDGE: ☐ Birzer ☑ Gale
DEPUTY CLERK: ☐ Anderson ☑ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Aaron Smith
DEFENSE COUNSEL: Mitch Biebighauser
TAPE NO.: 2:01-2:12

**PROCEEDINGS**

☐ Initial Appearance ☑ Detention Hearing ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3) ☐ Preliminary Hearing ☐ Pretrial Conference
☐ Sentencing ☐ Change of Plea
☐ In-Court Hearing: ____________
☐ Arraignment ☐ Reading waived ☐ Read to Defendant ☐ Not Guilty Plea Entered

☐ Complaint ☐ Indictment ☐ Information ☐ Pet. Revoke Supervision ☑ No. Counts: 1 ☐ Forfeiture
☐ Felony ☐ Misdemeanor ☐ Pet. Revoke Bond Material Witness
☐ Charges/Viols. and penalties explained to Defendant
☐ Constitutional rights explained
☐ Defendant affirmation/sworn ☐ Examined re: financial status ☐ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule ☐ 20 ☐ 5(c)(3) ☐ Transfer to: ____________
☐ Signed Wvr Ind ☐ Signed Consent to MJ ☐ Petition to Plea filed ☐ Plea Agmt filed ☐ PSI ordered

☑ Release ordered ☑ Bond fixed at: $OR w/3rd Party Custodian ☐ Continued on present bond/conditions
☐ Oral Mot. for temp det.; granted ☐ Detention ordered ☐ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is ☐ granted. ☐ denied. ☐ withdrawn. ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is ☐ granted. ☐ denied.
☑ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☑ as directed before Judge in charging district
☐ per the Scheduling Order of Judge ____________
☐ on ____________ at ________ ☐ a.m. ☐ p.m. before Judge ____________
In Courtroom ____________ or Via ZoomGov
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ ________

NOTES: Identity hearing was waived by witness

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

IN THE CASE OF

USA v. Rafael Pagan-Pizarro

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☒ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge: 6:23-6005-01
District Court
Court of Appeals

CHARGE/OFFENSE *(Describe if applicable & check box→)* ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Do you have a job? ☒ Yes ☐ No

**IF YES,** how much do you earn per month? 4,000 (average)

Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY**

Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ 5,000 | 94 Acura |
| ~~Boat~~ | $ 25,000 - 26,000 | 10 Dodge Challenger owe 3,000 |
| ~~Stocks/bonds~~ | $ 5,000 - 6,000 | 04 Acura TL |
| Other property | $ | ~~04 Dodge~~ |

**CASH & BANK ACCOUNTS**

Do you have any cash, or money in savings or checking accounts? ☐ Yes ☒ No

**IF YES,** give the total approximate amount after monthly expenses $

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 5

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 700 | $ |
| Groceries | $ 800 | $ |
| Medical expenses | $ | $ |
| Utilities | $ 300-400 | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ 400 | $ |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ 125 | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other ~~Cell~~ | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

[signature] 1-6-23

SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION) Date

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas
JAN 06 2023
Clerk, U.S. District Court
By [signature] Deputy Clerk

United States of America
v.
RAFAEL PAGAN-PIZARRO.
*Defendant*

23-M-6005-01

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) ~~The defendant must not violate federal, state, or local law while on release~~.

(2) ~~The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a~~.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) ~~The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose~~.

The defendant must appear at: UNITED STATES DISTRICT COURTHOUSE, Middle District of Pennsylvania,
*Place*
William J. Nealon Federal Bldg., 235 North Washington Ave., Scranton, PA 18503

on AS DIRECTED
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization Stephanie Peering, Leading PA
Address *(only if above is an organization)*
City and state ______ Tel. No. ______
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: [signature] *Custodian* 01/06/23 *Date*

(X) (7) The defendant must:

( ) (a) submit to supervision by and report for supervision to the PRETRIAL SERVICES , telephone number ______ no later than upon release, and follow all instructions.

( ) (b) continue or actively seek employment. ( ) (c) continue or start an education program.

( ) (d) surrender any passport to: U. S. Probation/Pretrial Services

( ) (e) not obtain a passport or other international travel document.

( ) (f) abide by the following restrictions on personal association, residence, or travel:

( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:

( ) (h) get medical or psychiatric treatment:

( ) (i) return to custody each ______ at ______ o'clock after being released at ______ o'clock for employment, schooling, or the following purposes:

( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

(X) (k) not possess a firearm, destructive device, or other eapon.

( ) (l) not use alcohol ( ) at all ( ) excessively.

( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ) (i) **Curfew.** You are restricted to your residence every day ( ) from ______ to ______, or ( ) as directed by the pretrial services office or supervising officer; or

( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ) (s) Defendant shall pay co-pay, at the discretion of the Pretrial Services Officer, for any and all services provided to him during the term of supervision.

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]
*Defendant's Signature*

*XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX*
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1/6/23

[signature]
*Judicial Officer's Signature*

*KENNETH G. GALE, United States Magistrate Judge*
*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

FILED
U.S. District Court
District of Kansas
JAN 06 2023
Clerk, U.S. District Court
By [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of Kansas

United States of America
v.

IN RE: RAFAEL PAGAN-PIZARRO.
*Defendant*

Case No. 23-M-6005-01-KGG

## APPEARANCE BOND

### Defendant's Agreement

I, RAFAEL PAGAN-PIZARRO *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;
( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☒ ) (1) This is a personal recognizance bond.

( ☒ ) (2) This is an unsecured bond of $ ______________ .

( ☐ ) (3) This is a secured bond of $ ______________ , secured by:

( ☐ ) (a) $ ______________ , in cash deposited with the court.

( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

______________________________________________ .

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

______________________________________________ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 01/06/2023

*Defendant's signature*

*Surety/property owner — printed name*

*Surety/property owner — signature and date*

*Surety/property owner — printed name*

*Surety/property owner — signature and date*

*Surety/property owner — printed name*

*Surety/property owner — signature and date*

*CLERK OF COURT*

Date: 01/06/2023

*Signature of Clerk or Deputy Clerk*

Approved.

Date: 01/06/2023

*Judge's signature*